No. —. IN RE DISBARMENT OF ADRIAANS. November 26, 1928. *Per Curiam:* Motion to revoke order of disbarment, denied. *Mr. John H. Adriaans, pro se.*

No. —, original. BROSNAN *v.* MARTIN, JUDGE. November 26, 1928. *Per Curiam:* The motion for leave to file petition for a writ of mandamus and the motion for leave to proceed *in forma pauperis* are denied. *Mr. John J. Brosnan, pro se.*

No. 531. MAYES *v.* INDUSTRIAL ACCIDENT BOARD OF MICHIGAN ET AL. Motion submitted November 19, 1928. Decided November 26, 1928. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no federal question upon which certiorari can be issued, application for which is therefore also denied. The costs already incurred herein by direction of the Court shall be paid by the Clerk from the special fund in his custody as provided in the order of October 29, 1926. *Mr. Joseph Mayes, pro se.*